# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0367.  FORSYTH SECOND BAPTIST CHURCH, INC. et al. v. ROCK SPRINGS CONGREGATIONAL METHODIST CHURCH, INC. et al.**

The plaintiffs Forsyth Second Baptist Church, Inc. et al. filed a civil action against the defendants Rock Springs Congregational Methodist Church, Inc. et al.  The defendants counterclaimed for quantum meruit, unjust enrichment, and attorney fees pursuant to OCGA §§ 13-6-11 and 9-15-14.  The defendants also moved to dismiss the plaintiffs' complaint for lack of standing.  The trial court granted the motion and entered an order dismissing the plaintiffs' claims.  The plaintiffs filed a motion for new trial, which the trial court denied.  The plaintiffs then filed this direct appeal.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation and citation omitted).  Although the trial court dismissed the plaintiffs' claims and styled its order as "final," the defendants' counterclaims have not been adjudicated and apparently remain pending.  Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See id.; *Chatham County Hosp. Auth. v. Mack*, 185 Ga. App. 13, 14 (363 SE2d 264) (1987).  Because the plaintiffs did not comply with those procedures, this appeal is hereby DISMISSED.

In light of this disposition, the defendants' motion to dismiss the appeal for other reasons is hereby  DENIED as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__12/20/2017_____*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*